ALBERT McGUIRE v. STATE.

No. A-602.   Opinion Filed June 20, 1911.

Appeal from Pawnee County Court; H. T. Conley, Judge.

Albert McGuire was convicted in the county court of Pawnee county on a charge of violating the prohibitory law, and appeals. Appeal dismissed.

E. M. Clark and Geo. E. Merritt, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   This is an appeal by case-made from a judgment of the county court of Pawnee county imposing a fine of three hundred dollars and a jail sentence of three calendar months on the plaintiff in error, for having unlawful possession of intoxicating liquor for the purpose of selling the same.   The case-made was never filed in the office of the clerk of the county court of Pawnee county, and the Assistant Attorney General has filed a motion to strike the case-made and dismiss the appeal on this ground.   The motion is sustained and the appeal accordingly dismissed.

---

W. T. McIVER v. STATE.

No. A-610.   Opinion Filed June 20, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

W. T. McIver was convicted of violation of the prohibitory law, and appeals.   Reversed and remanded.

H. R. Winn and Taylor, Pruitt & Sniggs, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   Plaintiff in error was convicted in the county court of Oklahoma county on the 11th day of December, 1908, on a charge of unlawfully selling intoxicating liquor, and was by the court sentenced to pay a fine of one hundred dollars and costs, and be confined in the county jail for a period of forty days.   After a careful review of the record in this case, we think the court committed reversible error in overruling the motion for new trial under the showing made.   The judgment is reversed and the cause remanded for a new trial.